```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02289
    SHOLA TAIWO
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8979


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/01/2008 and was not confirmed.

     The case was dismissed without confirmation 04/14/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
 AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED              .00           .00
 SPECIALIZED LOAN SERVICI  CURRENT MORTG        .00              .00           .00
 SPECIALIZED LOAN SERVICI  SECURED NOT I   6575.06               .00           .00
 RESCAP MORTGAGE           NOTICE ONLY    NOT FILED              .00           .00
 AMERICAS SERVICING COMPA  CURRENT MORTG        .00              .00           .00
 AMERICAS SERVICING COMPA  SECURED NOT I        .00              .00           .00
 MACYS RETAIL HOLDINGS     UNSECURED         382.30              .00           .00
 OCWEN FEDERAL BANK        CURRENT MORTG        .00              .00           .00
 OCWEN FEDERAL BANK        MORTGAGE ARRE   6000.00               .00           .00
 CHASE HOME FINANCE        NOTICE ONLY    NOT FILED              .00           .00
 GEMB/CARE CREDIT CORE     UNSECURED      NOT FILED              .00           .00
 CHASE BANK USA            UNSECURED         153.25              .00           .00
 CHASE                     UNSECURED      NOT FILED              .00           .00
 CHASE                     UNSECURED      NOT FILED              .00           .00
 COMMONWEALTH EDISON       UNSECURED         637.80              .00           .00
 EMERGE                    UNSECURED      NOT FILED              .00           .00
 HSBS BEST BUY             UNSECURED      NOT FILED              .00           .00
 HOUSEHOLD BANK            UNSECURED      NOT FILED              .00           .00
 HSBC/RS                   UNSECURED      NOT FILED              .00           .00
 PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED              .00           .00
 THE HOME DEPOT/CBUSA      UNSECURED      NOT FILED              .00           .00
 CIRCUIT CITY              UNSECURED      NOT FILED              .00           .00
 RESCAP MORTGAGE           NOTICE ONLY    NOT FILED              .00           .00
 US BANK NA                NOTICE ONLY    NOT FILED              .00           .00
 RESCAP MORTGAGE           CURRENT MORTG        .00              .00           .00
 RESCAP MORTGAGE           SECURED NOT I        .00              .00           .00
 RESCAP MORTGAGE           NOTICE ONLY    NOT FILED              .00           .00
 PHILIP A IGOE             DEBTOR ATTY          .00                            .00
 TOM VAUGHN                TRUSTEE                                             .00
 DEBTOR REFUND             REFUND                                              .00


         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02289 SHOLA TAIWO
```

```
TRUSTEE                                                    .00

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                          ---------------    ---------------
TOTALS                                               .00                  .00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 07/22/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                                          PAGE   2
            CASE NO. 08 B 02289 SHOLA TAIWO